UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**JORDYN JOEL ZAPATA-MENCO**  CIVIL DOCKET NO. 1:26-cv-00643

**VERSUS**  JUDGE DAVID C. JOSEPH

**WINN CORRECTIONAL CENTER, ET AL**  MAGISTRATE JUDGE CAROL B. WHITEHURST

## ORDER

The Court has reviewed Petitioner Jordyn Joel Zapata-Menco's PETITION FOR WRIT OF HABEAS CORPUS ("Habeas Petition") [Doc. 1] and MOTION FOR TEMPORARY RESTRAINING ORDER ("TRO Motion") [Doc. 2].

The Court notes that to the extent the Petitioner seeks in his TRO Motion to have this Court enjoin ICE from transferring him to another facility within the United States, such a transfer would not affect this Court's jurisdiction over the pending Habeas Petition. *See Griffin v. Ebbert*, 751 F.3d 288, 290 (5th Cir. 2014). Therefore, the MOTION FOR TEMPORARY RESTRAINING ORDER [Doc. 2] is DENIED.

The remainder of the relief requested in Petitioner's TRO Motion is consistent with the relief sought in the Habeas Petition and shall be addressed by the Court pursuant to a briefing schedule established by the Magistrate Judge.

The PETITION FOR WRIT OF HABEAS CORPUS [Doc. 1] is REFERRED to United States Magistrate Judge Carol B. Whitehurst pursuant to 28 U.S.C. § 636(b)(1)(B)

and the Court's standing order of reference for further proceedings and appropriate report and recommendation.

THUS, DONE AND SIGNED in Chambers on this 3rd day of March 2026.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE