**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**JORDYN JOEL ZAPATA-MENCO**       **CASE NO.  1:26-CV-00643  SEC P**

**VERSUS**                         **JUDGE DAVID C. JOSEPH**

**WINN CORRECTIONAL CENTER**       **MAGISTRATE JUDGE CAROL B.**
**ET AL**                          **WHITEHURST**

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 9], determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS ORDERED that this PETITION FOR WRIT OF HABEAS CORPUS [Doc. 1] be DENIED and DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED in Chambers on this 7th day of May, 2026.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE